# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16-cr-00424-JSW-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DAVID JOHN TELLES, | |
| Defendant. | |

On May 29, 2018, Defendant David John Telles filed a motion to dismiss his indictment on double jeopardy and due process grounds. (Dkt. No. 87.) Mr. Telles noticed the motion for hearing on August 14, 2018, at 1:00 p.m. (*Id.*) According to Judge White's Criminal Standing Orders, the government was to file any opposition by June 12, 2018. (*See* Paragraph 4.) The government has not timely filed an opposition to Mr. Telles's motion.

The government is HEREBY ORDERED TO SHOW CAUSE in writing, by July 12, 2018, why the pending motion to dismiss should not be granted in light of the government's failure to file a timely opposition. If the government wishes to attach an untimely opposition to its response to this Order, it may do so. Such an opposition will only be considered if the Court determines the government has shown good cause why it disobeyed this Court's Criminal Standing Orders.

IT IS SO ORDERED.

Dated: July 5, 2018

JEFFREY S. WHITE
United States District Judge