UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID JOHN TELLES,<br><br>    Defendant. | Case No. 16-cr-00424-JSW-1<br><br>**ORDER TO SHOW CAUSE** |

    On September 10, 2018, the parties filed their combined motions in limine and oppositions thereto. Mr. Telles did not file an opposition to the government's motion to preclude an insanity defense or expert evidence of a mental condition. (See Dkt. No. 155.)

    Defense counsel is hereby ORDERED TO SHOW CAUSE why the Court should not consider this motion as unopposed. Defense counsel's response is due September 13, 2018.

    IT IS SO ORDERED.

Dated: September 12, 2018

_____
JEFFREY S. WHITE
United States District Judge